AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 05, 2023

SEAN F. MCAVOY, CLERK

Aaron Joseph Cunningham,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| United States Judicial System | ) |
| and The United States of America | ) |
| , | ) |

Civil Action No.  2:23-cv-00077-MKD

*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  This action is DISMISSED WITHOUT PREJUDICE for failure to comply with the filing fee and in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Mary K. Dimke _____

Date:  6/5/2023 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Nicole Cruz _____
*(By) Deputy Clerk*

Nicole Cruz _____